UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Jose Nunez-Medina and
Sarahi Diaz-Estrada,

        Defendants.

**ORDER**
Criminal No. 12-222 (MJD/AJB)

_____

        The above-entitled matter comes before the Court on Defendants'

objections to the Report and Recommendation of Chief Magistrate Judge Arthur

J. Boylan dated October 31, 2012.

        Pursuant to statute, the Court has conducted a <u>de novo</u> review of the

record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review, the Court

will adopt the Report and Recommendation in its entirety.  Accordingly,

        **IT IS HEREBY ORDERED** that:

        1.    Defendant Jose Nunez-Medina's Motion to Suppress any Evidence

              Obtained as a Result of an Illegal Interrogation [Doc. No. 38] is

              **DENIED**;

1

2.     Defendant Jose Nunez-Medina's Motion to Suppress any Evidence

Obtained as a Result of an Illegal Search and Seizure [Doc. No. 39] is

**DENIED**;

3.     Defendant Jose Nunez-Medina's Motion for Severance [Doc. No. 53]

is **DENIED;**

4.     Defendant Sarahi Diaz-Estrada's Motion to Suppress Statements

[Doc. No. 49] is **DENIED**; and

5.     Defendant Sarahi Diaz-Estrada's Motion to Suppress Fruits of

Unlawful Arrest and Search and Seizure [Doc. No. 50] is **DENIED**.


Date:    January 11, 2013


s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court