UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 12-222 MJD/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JOSE NUNEZ-MEDINA, | ) |
| Defendant. | ) |

_____

Richard Newberry, Assistant United States Attorney, Counsel for Plaintiff.

John C. Brink, Counsel for Defendant.

_____

This matter is before the Court on Defendant's motion for a mistrial.

Based on the files, record and proceedings herein,

IT IS HEREBY ORDERED that the Defendant's Motion for Mistrial is DENIED.

Date: April 16, 2013

                                              s/ Michael J. Davis
                                              Michael J. Davis
                                              Chief Judge
                                              United States District Court